UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Gregory Jamal Joseph O'Neal,

    Debtor.
_____/

Case No. 17-55807
Chapter 7
Hon. Maria L. Oxholm

# ORDER GRANTING MOTION TO REOPEN
# CASE AND WAIVE REOPENING FEE

This case was dismissed on November 29, 2017, due to the Debtor's failure to file documents. The Debtor has filed the missing documents and a motion seeking to reopen his case. The Court has reviewed the motion and finds that it should be granted.

Accordingly, IT IS HEREBY ORDERED that the case be reopened and the reopening fee waived.

**Signed on December 19, 2017**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge